E-FILED
Friday, 05 August, 2005  03:45:22 PM
Clerk, U.S. District Court, ILCD

2087.2-4   ttm

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRISH LEE McCLOUD, by and through her legal guardian, Candy L. Hall,  )<br>)<br>     Plaintiff,                             )<br>)<br>   vs.                                        )<br>)<br>GOODYEAR DUNLOP TIRES NORTH         )<br>AMERICA LTD. and THE GOODYEAR        )<br>TIRE & RUBBER COMPANY                )<br>)<br>     Defendants.                          )<br>------------------------------       )<br>WILIAM BOOKER,                       )<br>)<br>     Plaintiff,                             )<br>)<br>   vs.                                        )<br>)<br>GOODYEAR DUNLOP TIRES NORTH         )<br>AMERICA, LTD., and THE GOODYEAR      )<br>TIRE & RUBBER COMPANY,                )<br>)<br>     Defendants.                          )<br>------------------------------       )<br>GOODYEAR DUNLOP TIRES NORTH         )<br>AMERICA, LTD., and THE GOODYEAR      )<br>TIRE & RUBBER COMPANY,                )<br>)<br>     Counter-Plaintiffs,                )<br>)<br>   vs.                                        )<br>)<br>WILLIAM BOOKER,                       )<br>)<br>     Counter-Defendant.                  ) | Case No. 04-1118<br>Division: Peoria<br>Consolidated with<br>Case No. 04-1159<br>Division: Peoria |

### INDEX OF EXHIBITS.

In support of his motion for good faith settlement finding and for summary judgment, counter-defendant Booker files with the Court the following exhibits:

(a)  Trish Lee McCloud's complaint;

(b)  Goodyear Dunlop Tires North America, Ltd., and The Goodyear Tire & Rubber Company's amended answer and affirmative defenses;

(c)  Goodyear Dunlop Tires North America, Ltd., and The Goodyear Tire & Rubber Company's counterclaim for contribution against William Booker;

(d)  William Booker's answer to the counterclaim for contribution;

(e)  William Booker's answers to Goodyear Dunlop Tires North America, Ltd., and The Goodyear Tire & Rubber Company's interrogatories;

(f)  certification of records/attestation of exemplified copies, petition for approval of settlement, affidavit of Candy Hall and order approving settlement, Berrien County Probate Court, Second Judicial Circuit, Fifth Judicial District, State of Michigan;

(g)  release.

Respectfully submitted

s/ Ximen J. Januszyk
Magnani & Buck Ltd.
Attorneys for Counter-Defendant Booker
321 South Plymouth Court
Suite 1700
Chicago, Illinois 60604
312-294-4800
Fax: 312-294-4815
law@magnanibuck.com
Attorney No.: 6270804

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, I electronically filed counter-defendant William Booker's index of exhibits for motion for summary judgment with the clerk of the court using the CM/ECF system which will send notice of such filing to the attached service list.

s/Ximen J. Januszyk
Magnani & Buck Ltd.
Attorney for Counter-Defendant Booker
321 South Plymouth Court
Suite 1700
Chicago, Illinois  60604
312-294-4800
Fax: 312-294-4815
law@magnanibuck.com
Attorney I.D. No.: 6270804

Date:  August 3, 2005