# MOTORCYCLE VISUAL AND X-RAY STANDARDS

INTRODUCTION

Visual and X-ray standards are the responsibility of the Corporate Quality Assurance Department. NO additions or deletions to these standards can be made by any other departments. The standards can be changed, but only by interaction and agreement by Corporate Quality Assurance. This requirement ensures control and documentation and prevents confusion on the factory floor. The Motorcycle standards apply to ATV tires as well.

As with any written document, it's impossible to cover every possibility with a written standard. Listed below are some of the basic guidelines and information to assist in the assurance of the quality of our products and understanding of the Dunlop product visual standards:

When you inspect a tire, a basic guide to judge the product by, is to stand 2 feet from the tire, in good light and if the anomaly can be easily seen the tire usually is not "fit for use".

M/C (MOTORCYCLE TIRE) Requirements

Dunlop requires that the following must be on the sidewall of each tire as was originally intended (no information to be removed) and therefore could appear on one or both sides of each tire. Contact Factory Technical Service should any question(s) arise:

* Size designation
* The word "tubeless" or "tubed" where applicable
* The word "radial" on radial ply tires
* The letter designating the tire load range
* An arrow indicating the direction of rotation
* The name Dunlop must appear on both sides for first class
* Tire size identification
* Manufacturer's options
* Maximum inflation and load in Kpa (PSI) and kg (LBS)
* Composition of the materials used in the body plies and in the belts if different
* Actual number of plies in the sidewall and actual number of plies in the tread if different
* The "load index" and "speed symbol"
* Tires exported overseas shall require "E" or "I" metro numbers depending on the destination

Each tire shall have permanently molded onto or into one sidewall the information shown below that must be positioned between the maximum section width and the bead flange area:
- D.O.T. symbol
- Week and year of manufacture
- Manufacturers assigned identification mark

TIRE GRADING

"OE/Export Grade" tries must be free from structural anomalies or major repairs which could, in any way, adversely affect the performance of the tire throughout it's expected life. These tires must meet and/or exceed the Original Equipment Customer's expectations. Minor imperfections or touch ups are allowed as specified. If the imperfection meets the OE/Export Grade" but is readily discernible when standing two feet away in good light, the tire should not be considered "OE/Export" acceptable and should be viewed as a "First Grade – Replacement" if applicable.

EXHIBIT 7

CONFIDENTIAL
THIS DOCUMENT PRODUCED UNDER COURT ORDER FOR USE IN RE: TRISH LEE McCLOUD, ET AL v. GOODYEAR DUNLOP TIRES NORTH AMERICA, ET AL., CASE NOS. 04-1118 and 04-1159, PENDING IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION, AND SHALL NOT BE USED FOR ANY OTHER PURPOSE WHATSOEVER.

## M/C - CORD THROUGH LINER (including trapped air)   6/1/99

Description: occurs mainly in the shoulder region on the inside of the tire. It appears as cord shadow in the innerliner stock. One or both sides of the tire may be affected.

| LIMITATION | TREATMENT | GRADE |
|---|---|---|
| * Cord shadow ONLY<br>* No cords can be felt while running a dull pointed tool across the area, perpendicular to the cords or none can be seen when flexing the area inward | * None | * OE<br>* EXPORT<br>* FIRST |
| * All others | * None – hold for FTS | * SCRAP |

MCCLOUD/BOOKER 0050

CONFIDENTIAL
THIS DOCUMENT PRODUCED UNDER COURT ORDER FOR USE IN RE: TRISH LEE McCLOUD, ET AL. v. GOODYEAR DUNLOP TIRES NORTH AMERICA, ET AL., CASE NOS. 04-1118 and 04-1159, PENDING IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION, AND SHALL NOT BE USED FOR ANY OTHER PURPOSE WHATSOEVER.

## DUNLOP K627 WSW
## 150/90B15
## BUFFALO, NY
## All conditions

| Prod. Date | # Produced | # Adj'd | % to Prod. |
|---|---|---|---|
| 2000,Jan | 0 | 0 | 0.00% |
| 2000,Feb | 0 | 0 | 0.00% |
| 2000,Mar | 1234 | 1 | 0.08% |
| 2000,Apr | 0 | 0 | 0.00% |
| 2000,May | 0 | 0 | 0.00% |
| 2000,Jun | 0 | 0 | 0.00% |
| 2000,Jul | 0 | 0 | 0.00% |
| 2000,Aug | 0 | 0 | 0.00% |
| 2000,Sep | 0 | 0 | 0.00% |
| 2000,Oct | 0 | 0 | 0.00% |
| 2000,Nov | 0 | 0 | 0.00% |
| 2000,Dec | 70 | 0 | 0.00% |
| Totals | 1304 | 1 | 0.08% |

EXHIBIT 17

MCCLOUD/BOOKER 0008

CONFIDENTIAL
THIS DOCUMENT PRODUCED UNDER COURT ORDER FOR USE IN RE: TRISH LEE McCLOUD, ET AL. v. GOODYEAR DUNLOP TIRES NORTH MERICA, ET AL., CASE NOs. 04-1118 and 04-1159, PENDING IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION, AND SHALL NOT BE USED FOR ANY OTHER PURPOSE WHATSOEVER.