E-FILED
Tuesday, 10 July, 2007  04:11:18 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| TRISH LEE McCLOUD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1118 |
| GOODYEAR DUNLOP TIRES NORTH | ) | |
| AMERICA, LTD., et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| ------------------------------ | ) | |
| WILLIAM BOOKER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1159 |
| | ) | |
| GOODYEAR DUNLOP TIRES NORTH | ) | |
| AMERICA, LTD., et al, | ) | |
| | ) | |
|     Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff, William Booker's, Motion to Dismiss. [Doc. 219.]  Plaintiff moves to voluntarily dismiss his claim.  While the Defendant has not stipulated to the dismissal of Plaintiff's dismissal, the time for responding to Plaintiff Motion has elapsed.  All counter-claims against Plaintiff have been dismissed.  Accordingly, because there is not a case or controversy between the parties and Defendants have not

responded to Plaintiff's Motion, Plaintiff's Motion (Doc. 219) is GRANTED.

The Clerk is directed to TERMINATE the case consolidated with the present action (Booker v. Goodyear, Case No. 04-1159).

ENTERED this  10th  day of July, 2007.

                                             s/Joe Billy McDade  
                                                  Joe Billy McDade  
                                       United States District Judge