# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| TRISH McCLOUD,          )<br>                         )<br>     Plaintiff,         )<br>                         )<br>v.                       )     No. 04-1118<br>                         )<br>GOODYEAR DUNLOP TIRES NORTH )<br>AMERICA, Ltd.,           )<br>                         )<br>     Defendant.         ) | |

### O P I N I O N   A N D   O R D E R

Before the Court is Defendant's Motion for a Post-Verdict Jury Questionnaire (Doc. 380) and Defendant's Motion for Leave to File Excess Pages (Doc. 381). For the following reasons, Defendant's Motion is GRANTED IN PART.

Defendant's Motion for a Post-Verdict Jury Questionnaire is allowed to the extent that Defendant may ask the first three general questions provided on their proposed questionnaire. The fourth general question and all the specific questions appear to elicit information that is off limits under Federal Rule of Evidence 606(b) and controlling case law.

In that regard, Defendant has cited no case law supportive of its request. Accordingly, Defendant's Motion is allowed to the extent that general question 1, 2, and 3 may be the subject of a juror questionnaire. Further, the jurors may not be asked about a follow up call to discuss the case.

Furthermore throughout this case, Defendant has demonstrated that when confined to limited space, they are able to make the necessary concise arguments.  Accordingly, Defendant's Motion for Leave to go over the page limit is DENIED.  Defendant's brief must be limited to 15 pages or the word limit set by the local rules.

IT IS THEREFORE ORDERED that Defendant's Motion for a Jury Questionnaire (Doc. 380) is GRANTED IN PART and DENIED IN PART. Defendant shall submit to the Court a packet containing nine stamped envelopes.  Each envelope shall contain a questionnaire with the three proposed general questions approved by the Court. And, each envelope shall contain a return stamped envelope with the Court's address typed on the envelope so that the questionnaire may be returned to the Court.

IT IS FURTHER ORDERED that Defendant's Motion for Leave (Doc. 381) is DENIED.

ENTERED this __6th__ day of September, 2007.

                                                     s/ Joe Billy McDade  
                                                        Joe Billy McDade  
                                        United States District Judge